1

2

UNITED STATES DISTRICT COURT

3

DISTRICT OF NEVADA

4

BILLY JOVAN SAIZ,                                    Case No. 2:23-cv-01228-ART-BNW

                                    Petitioner,              ORDER

5

       v.

6

BRIAN E. WILLIAMS, SR.,

7

                                    Respondents.

8

9

Petitioner Billy Jovan Saiz has filed an unopposed motion for extension of

10

time. (ECF No. 19.) This is Saiz's first request for an extension of this deadline.

The Court finds good cause exists to grant the motion.

11

It is therefore ordered that the unopposed motion for extension of time (ECF

12

No. 19) is granted. Saiz has up to and including August 5, 2024, to file his first-

13

amended petition.

14

Dated this 31st day of May 2024.

15

16

17

18

_____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28