UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BILLY JOVAN SAIZ,<br><br>　　　　　Petitioner,<br>　v.<br>BRIAN E. WILLIAMS, SR.,<br><br>　　　　　Respondents. | Case No. 2:23-cv-01228-ART-BNW<br><br>ORDER |

 Petitioner Billy Jovan Saiz has filed an unopposed motion for extension of time. (ECF No. 21.) This is Saiz's second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

 It is therefore ordered that the unopposed motion for extension of time (ECF No. 21) is granted. Saiz has up to and including October 4, 2024, to file his first-amended petition.

 Dated this 9th day of August 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1