UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BILLY JOVAN SAIZ,

                 Petitioner,

   v.

BRIAN E. WILLIAMS, SR.,

               Respondents.

Case No. 2:23-cv-01228-ART-BNW

ORDER

     Respondents have filed an unopposed motion for extension of time to file their response to the motion for discovery. (ECF No. 25.) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

     It is therefore ordered that the unopposed motion for extension of time (ECF No. 25) is granted. Respondents have up to and including October 25, 2024, to file their response to the motion for discovery.

     Dated this 26th day of September 2024.

_____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE