UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BILLY JOVAN SAIZ, | Case No. 2:23-cv-01228-ART-BNW |
| Petitioner, | ORDER |
| v. | |
| BRIAN E. WILLIAMS, SR., | |
| Respondents. | |

Petitioner Billy Jovan Saiz has filed an unopposed motion for extension of time to file his reply to his motion for discovery. (ECF No. 36.) This is Saiz's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 36) is granted. Saiz has up to and including December 5, 2024, to file his reply to his motion for discovery.

Dated this 7th day of November 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE