UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| BILLY JOVAN SAIZ, | Case No. 2:23-cv-01228-ART-BNW |
|---|---|
| Petitioner, | ORDER |
| v. | |
| BRIAN E. WILLIAMS, SR., | |
| Respondents. | |

Petitioner Billy Jovan Saiz has filed an unopposed motion for a 46-day extension of time to file his first-amended petition. (ECF No. 41.) This is Saiz's fourth request for an extension of this deadline. The Court finds good cause exists to grant Saiz's motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 41) is granted. Saiz has up to and including May 5, 2025, to file his first-amended petition.

Dated this 24th day of March 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE