UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BILLY JOVAN SAIZ,<br><br>　　　　　　　Petitioner,<br>　v.<br>BRIAN E. WILLIAMS, SR.,<br><br>　　　　　　　Respondents. | Case No. 2:23-cv-01228-ART-BNW<br><br>ORDER |

　　　Petitioner Billy Jovan Saiz has filed an unopposed motion for a 45-day extension of time to file his opposition to the motion to dismiss. (ECF No. 48.) This is Saiz's first request for an extension of this deadline. The Court finds good cause exists to grant Saiz's motion.

　　　It is therefore ordered that the unopposed motion for extension of time (ECF No. 48) is granted. Saiz has up to and including September 4, 2025, to file his opposition.

　　　Dated this 22nd day of July 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1