UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BILLY JOVAN SAIZ,

                Petitioner,

v.

BRIAN E. WILLIAMS, SR.,

                Respondents.

Case No. 2:23-cv-01228-ART-BNW

ORDER

       Respondents have filed an unopposed motion for a 60-day extension of time to file their answer to Petitioner Billy Jovan Saiz's first-amended petition. (ECF No. 54.) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

       It is therefore ordered that the unopposed motion for extension of time (ECF No. 54) is granted. Respondents have up to and including January 9, 2026, to file their answer.

       Dated this 20th day of November 2025.

                                                 ANNE R. TRAUM
                                                 UNITED STATES DISTRICT JUDGE