# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BILLY JOVAN SAIZ,

Petitioner,

v.

BRIAN E. WILLIAMS, SR.,

Respondents.

Case No. 2:23-cv-01228-ART-BNW

ORDER

Petitioner Billy Jovan Saiz has filed an unopposed motion for a 60-day extension of time to file his reply in support of his first-amended petition. (ECF No. 59.) This is Saiz's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 59) is granted. Saiz has up to and including March 23, 2026, to file his reply.

Dated this 30th day of January 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1