UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BILLY JOVAN SAIZ, | Case No. 2:23-cv-01228-ART-BNW |
| Petitioner, | ORDER |
| v. | |
| BRIAN E. WILLIAMS, | |
| Respondents. | |

Petitioner Billy Jovan Saiz has filed an unopposed motion for a 45-day extension of time to file his reply in support of his first-amended petition. (ECF No. 61.) This is Saiz's second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 61) is granted. Saiz has up to and including May 7, 2026, to file his reply.

Dated this 23rd day of March 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1